Form 3A
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re __LaDonna Jones__,
       Debtor

Case No. __07-20042__

Chapter __7__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $__74.75__   Check one  ☒ With the filing of the petition, or
                           ☐ On or before _____
   $__74.75__   on or before __11/29/07__
   $__74.75__   on or before __12/29/07__
   $__74.75__   on or before __1/29/08__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    _____[signature]_____    __10/29/07__
Signature of Attorney          Date      Signature of Debtor          Date
                                         (In a joint case, both spouses must sign.)

_____
Name of Attorney             _____
                             Signature of Joint Debtor (if any)          Date

OCT 29 2007

KENNETH S. GARDNER, CLERK
U.S. REP. - DDS

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re _LA Donna Jones_,                                    Case No. _07-20042_
        Debtor

                                                            Chapter _7_

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____     Check one  ☒  With the filing of the petition, or
                            ☐  On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                BY THE COURT

                                                **KENNETH S. GARDNER**
                                                Clerk, U.S. Bankruptcy Court
Date: **OCT 2 9 2007**
                                                _____
                                                Kenneth S. Gardner Clerk of the Court